McCANN, Appellant, v. VAN LOON, Respondent. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) Action by Catherine McCann against Arthur B. Van Loon. No opinion. Judgment and order unan-

imously affirmed, with costs. See, also, 164 App. Div. 906, 148 N. Y. Supp. 1127.